IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FRANKO, ET AL. | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| AMERIPRISE FINANCIAL SERVICES, | : | |
| INC., f/k/a AMERICAN EXPRESS | : | |
| FINANCIAL ADVISORS, INC. | : | NO. 09-09 |

## ORDER

**AND NOW**, this 11th day of June, 2009, upon consideration of Petitioners' Petition to Vacate the Arbitration Award (Docket No. 1) and Respondent's Cross-Petition to Confirm the Arbitration Award and for Sanctions (Docket No. 5), and Petitioner's reply, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Petitioners' Petition to Vacate is **DENIED**.

2. Respondent's Cross-Petition to Confirm and for Sanctions is **GRANTED** insofar as it seeks confirmation, but **DENIED** insofar as it seeks sanctions.

3. The final Arbitration Award dated January 8, 2009 is **CONFIRMED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.